IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHECKER CAB PHILADELPHIA, INC.** *et al.*  :  Plaintiffs : : v. : : **UBER TECHNOLOGIES, INC.,** *et al.* : Defendants : | **CIVIL ACTION** NO. 14-7265 |

# ORDER

**AND NOW**, this 3rd day of March 2015, upon consideration of Plaintiffs' *motion for the issuance of a preliminary injunction*, [ECF 12], Defendants' opposition thereto, [ECF 19 and 20], and the allegations contained in the complaint, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion for a preliminary injunction is **DENIED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.