IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHECKER CAB PHILADELPHIA, INC.** *et al.* : <br> *Plaintiffs* : <br> : <br> v. : <br> : <br> **UBER TECHNOLOGIES, INC.,** *et al.* : <br> *Defendants* : | **CIVIL ACTION** <br><br> **NO. 14-7265** |

# ORDER

**AND NOW**, this 7th day of March 2016, upon consideration of the *motion to dismiss Plaintiffs' amended complaint* filed by Defendant Google Venture, LLC, [ECF 68], Plaintiffs' opposition thereto, [ECF 72], Defendant's reply, [ECF 75], and the allegations contained in Plaintiffs' amended complaint, [ECF 67], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED** and all claims asserted against Google are dismissed.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] By separate Order issued this day, this Court has addressed the motion to dismiss filed by the other defendants to this action. The reasons for the Court's adjudication of both motions are set forth in a single Memorandum Opinion.